**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services, Respondent,

v.

Theresa Thompson and Edward Thompson, Defendants,

Of Whom Theresa Thompson is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2014-001820

Appeal From Lexington County
Daniel E. Martin, Jr., Family Court Judge

Unpublished Opinion No. 2015-UP-291
Submitted May 13, 2015 – Filed June 12, 2015

**AFFIRMED**

Montford Shuler Caughman, of Caughman Law, LLC, of Lexington, for Appellant.

Anne Marie Ugarte, of Columbia, for Respondent.

Robin Page, of Law Office of Robin Page, LLC, of Columbia, for the Guardian ad Litem.

——————————

**PER CURIAM:**  Theresa Thompson appeals the family court's final order terminating her parental rights to her two minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Thompson's counsel.

**AFFIRMED.**[1]

**SHORT, LOCKEMY, and McDONALD, JJ., concur.**

——————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.